

Law Offices
**Donald P. Russo**
117 East Broad Street
P.O. Box 1890
Bethlehem, Pennsylvania 18016-1890
russolaw@verizon.net



Telephone
(610) 954-8093

Telefax
(610) 954-8097

September 20, 2005

ATTN: Kim Williams, Clerk's Office
United States District for the Eastern
District of Pennsylvania
601 Market St., Room #2609
Philadelphia, PA 19106-1797

**F I L E D**

SEP 2 2 2005

MICHAEL E. KUNZ, Clerk
By _____ Dep, Clerk

Re:   <u>Heater v. Kidspeace</u>
        No. ~~04-4545~~ *file*
        05-4545

Dear Ms. Williams:

        As per our conversation this morning, I have enclosed a hard copy of the exhibits for Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Dismiss Complaint that was filed on September 15, 2005 in the above-captioned matter. If you should have any questions, please feel free to contact the office at any time.

                        Very truly yours,

                        Kristin Schmidt

                        Kristin Schmidt
                        Paralegal/Research Coordinator

KES
Enclosures

# Exhibit A

```
                                                          *PUB:ONEDOCKET*
         IN THE COURT OF COMMON PLEAS OF LEHIGH COUNTY, PENNSYLVANIA
                            CIVIL DIVISION
                            SUITS DOCKET        AS OF 07-Sep-2005 08:51:13
```

```
. . . . . . . . . . . . . . . . . . . . . .
:CASE # 2004-C-3259  :          CIVIL ACTION SUMMONS
. . . . . . . . . . . . . . . . . . . .              TRANSFERRED TO
                                         U S DISTRICT CRT
                                         E DISTRICT OF PA
                                                              ⁀P.D
DONNA HEATER                         DONALD P. RUSSO , ESQ.
  57 MADISON LANE
  WHITEHALL PA  18052


      VS
KIDSPEACE                            SEAN M HART , ESQ.
  KIDSPEACE DRIVE
  OREFIELD PA  18069
```

29-Nov-2004 CPT02/ PRAE FOR SUMMONS.  WRIT EXIT.

02-Feb-2005   2 PRAE TO REISSUE WRIT OF SUMMONS. SUMMONS RE-ISSUED.

22-Mar-2005   3 PRAE TO REISSUE WRIT OF SUMMONS. SUMMONS RE-ISSUED.

29-Mar-2005   4 SHRF RTN REISSUED SUMMONS: LEHI CO DPTY SHRF SERVED DFT ON
                3/24/05 @ 1423 HRS.

13-Jul-2005 CPT01 COMPLAINT, NOTICE TO DEFEND. DAMAGES PRAYED FOR IN COUNT I
                  ISSUE A DECLARATORY JDGT DECLARING THAT THE DISCRIMINATORY
                  PRACTICES SET FORTH ARE UNLAWFUL, ENTER JDGT IN AN AMT
                  OF DAMAGES INCLUDING LIQUIDATED DAMAGES, OTHER RELIEF, ATTY
                  FEES & COSTS. COUNT II DFT BE PERMANENTLY ENJOINED FROM DIS-
                  CRIMINATING AGAINST PLTF ON ANY BASIS FORBIDDEN BY THE
                  AMERICANS WITH DISABILITIES, PUNITIVE DAMAGES, INTEREST ON
                5 UNPAID WAGES, COSTS, ATTY FEES & OTHER RELIEF. COUNT III DFT
                  BE PERMANENTLY ENJOINED FROM DISCRIMINATING AGAINST PLTF ON
                  ANY BASIS FORBIDDEN BY THE APPLICABLE LAW PROHIBITING RE-
                  TALIATION, PUNITIVE DAMAGES, INTEREST ON UNPAID WAGES, COSTS
                  ATTY FEES & OTHER RELIEF. COUNT IV IN AN AMT TO BE DETER-
                  MINED BY THE COURT. EXHIBITS ATTACHED.

29-Jul-2005 STC04 STAT CONF SCHEDULED 08/10/2005@10:30 AM  CR# 3B BEFORE LJB,J

04-Aug-2005   6 DFT'S APPLICATION FOR CONTINUANCE FROM 8/10/05 STATUS
                CONFERENCE IS GRANTED & CASE IS CONTINUED TO 9/21/05 @
                10:00 /S/ L J BRENNER J.

29-Aug-2005   7 DFT'S NOTICE OF FILING OF NOTICE OF REMOVAL &
                CERTIFIED COPY OF NOTICE OF REMOVAL TO U S DISTRICT CRT FOR
                THE E DISTRICT OF PA. AFDT OF SERVICE. EXHIBITS ATTACHED.

7-Sep-2005  ——— CASE TRANSFERRED TO US DISTRICT COURT FOR EASTERN DISTRICT
                OF PA VIA CERTIFIED MAIL #7160 3901 9842 5405 4259 (1
                ENVELOPE).

*PUB:ONEDOCKET*

IN THE COURT OF COMMON PLEAS OF LEHIGH COUNTY, PENNSYLVANIA
CIVIL DIVISION
SUITS DOCKET                    AS OF 07-Sep-2005 08:51:13

```
...........................
:CASE # 2004-C-3259 :          CIVIL ACTION SUMMONS
:.........................                TRANSFERRED TO
                                          U S DISTRICT CRT
                                          E DISTRICT OF PA
```

07-Sep-2005  ———  LIST OF DOCKET ENTRIES FOR CASE # 2004-C-3259
                  MAILED TO D P RUSSO ESQ & S M HART ESQ ON 9/7/05.

--------------------------------------------------------------------------
FEE TYPE                      DATE          AMOUNT  PAYDATE    PAYOR  REMARKS

NEW SUIT                      29-Nov-2004   $87.00  29-Nov-2004  PLTF

SATISFACTION FEE              29-Nov-2004    $8.00  29-Nov-2004  PLTF

JUDICIAL COMPUTER PROGRAM 29-Nov-2004      $10.00  29-Nov-2004  PLTF

PROTHY AUTO TAX               29-Nov-2004    $5.00  29-Nov-2004  PLTF

LEHIGH COUNTY E-FILING        29-Nov-2004    $5.00  29-Nov-2004  PLTF

SHERIFF'S RETURN              29-Mar-2005   $43.00  29-Mar-2005  PLTF

TRANSFER FEE                  29-Aug-2005   $16.00  29-Aug-2005  DFT

=========================================================================

                          ...augle Clerk of Courts of the Court of Common
                          high County Allentown, PA do certify that this is a
                          ...rrect copy of the original record filed in said Court
                          ...odrea E Naugle, Clerk of Courts

                    9/7/05   Cynthia S Budeiti
                                    Deputy

# Exhibit B

IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONNA HEATER, | : |
| | :    No. 2:05-cv-4545 |
|      Plaintiff | : |
| | : |
|    v. | : |
| | : |
| KIDSPEACE, | : |
| | :    JURY TRIAL DEMANDED |
|      Defendant | : |

## AFFIDAVIT

I, Donald P. Russo, being duly sworn according to law, hereby depose and say as follows:

1.    On behalf of my client, Donna Heater, on November 29, 2004, I filed a Praecipe for Writ of Summons with the Clerk of Courts, Civil Division, Lehigh County Court of Common Pleas.

2.    At the time that I filed the Praecipe for Writ of Summons, I provided the Clerk of Courts with a check in the amount of $ 40.00, check # 9610, a true and correct copy of which is attached hereto and incorporated herein as Exhibit "A".

3.    At the time that I filed the aforementioned Praecipe for Writ of Summons on November 29, 2004, I also provided the Clerk of Courts with the following documents: an original and two copies of the Praecipe for Writ of Summons, Sheriff's Order for Service form, a check #9609 for $115.00 made payable to "Clerk of Courts, Lehigh County" and self-addressed stamped envelopes for return of service, copies of which are attached hereto and incorporated herein as Exhibit "B".

4.      Subsequently on March 18, 2005, I sent a letter with enclosures to the Clerk of Courts inquiring about service of the Writ of Summons. I have attached hereto and incorporated herein as Exhibit "C", a true and correct copy of the aforementioned correspondence.

5.      As noted by the docket entries issued by the Clerk of Courts, Civil Division, Lehigh County Court of Common Pleas, the Sheriff of Lehigh County served the Writ of Summons on the Defendant on March 24, 2005. The return of Sheriff's Service form is attached hereto and incorporated herein as Exhibit "D".

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS _____ DAY OF SEPTEMBER 2005.


DONALD P. RUSSO

2

# EXHIBIT A

9610

**DONALD P. RUSSO**
ATTY AT LAW
117 E BROAD ST
P.O. BOX 1990
BETHLEHEM, PA 18016

DATE 11/24/04

55-22/212

PAY TO THE ORDER OF .....Sheriff Or Lehigh County..... $ 40.00

Forty..... 00/100 ..... DOLLARS

**Fleet**
Small Business Services

FOR Dana Hawken Summons

Donald P. Russo

⑈0009610⑈ ⑆021200339⑆ 00877 045231⑈

# EXHIBIT B

IN THE COURT OF COMMON PLEAS OF LEHIGH COUNTY, PENNSYLVANIA

CIVIL DIVISION

Plaintiff(s) & Address(es):                              :
                                                         :
Donna Heater                                             :    File No. _____
57 Madison Lane                                          :
Whitehall, PA  18052                                     :
                                                         :
              vs.                                        :    Civil Action -  ___LAW_____
                                                         :
Defendant(s) & Address(es):                              :
                                                         :
KidsPeace                                                :
KidsPeace Drive                                          :
Orefield, PA  18069           PRAECIPE FOR SUMMONS

TO THE PROTHONOTARY/CLERK OF SAID COURT:

        Issue summons in _____ CIVIL ACTION - LAW _____
in the above case.

        __X__ Writ of Summons shall be issued and forwarded to Sheriff.

                                        _Donald P. Russo_____
                                        Signature of Attorney

                                        ____Donald P. Russo, Esquire_____
                                        ____117 East Broad Street_____
                                        ____P.O. Box 1390_____
                                        ____Bethlehem, PA  18016-1890_____
                                        ____(610) 954-8093_____
Date: _11/23/04_____             Supreme Court ID Number ____25875____

                              . . . . .

                        SUMMONS IN CIVIL ACTION

TO ___ KidsPeace, KidsPeace Drive, Orefield, PA  18069 _____
YOU ARE NOTIFIED THAT THE ABOVE-NAMED PLAINTIFF(S) HAS/HAVE COMMENCED AN ACTION
AGAINST YOU.

                                ____ANDREA E. NAUGLE, CLERK OF COURT_____
                                   Prothonotary/Clerk, Civil Division

Date: _____       by _____
                                                                    Deputy

NOTE:  USE AN ATTACHED SHEET FOR LENGTHY LIST OF LITIGANTS
       FILING PARTY IS TO COMPLETE BOTH PRAECIPE & WRIT TO EXPEDITE PROCESSING



IN THE COURT OF COMMON PLEAS OF LEHIGH COUNTY, PENNSYLVANIA

CIVIL DIVISION

Plaintiff(s) & Address(es):

Donna Heater
57 Madison Lane
Whitehall, PA 18052

File No. A04-C-3959

vs.

Civil Action – ____LAW____

Defendant(s) & Address(es):

KidsPeace
KidsPeace Drive
Orefield, PA 18069

### PRAECIPE FOR SUMMONS

TO THE PROTHONOTARY CLERK OF SAID COURT:

 Issue summons in ____CIVIL ACTION - LAW____
in the above case.

 ___x___ Writ of Summons shall be issued and forwarded to Sheriff.

_Donald P. Russo_
Signature of Attorney

____Donald P. Russo, Esquire____
____117 East Broad Street____
____P.O. Box 1890____
____Bethlehem, PA. 18016-1890____
____(610) 954-8093____
Date: _0/25/04_   Supreme Court ID Number ____25873____

* * * * *

### SUMMONS IN CIVIL ACTION

TO: ____KidsPeace, KidsPeace Drive, Orefield, PA 18069____
YOU ARE NOTIFIED THAT THE ABOVE-NAMED PLAINTIFF(S) HAS/HAVE COMMENCED AN ACTION
AGAINST YOU

____ANDREA E. NAUGLE, CLERK OF COURT____
Prothonotary Clerk, Civil Division

Date: ____11-19-04____   by _Dawn L Dershang_
               Deputy

NOTE: USE AN ATTACHED SHEET FOR LENGTHY LIST OF LITIGANTS.
    FILING PARTY IS TO COMPLETE BOTH PRAECIPE & WRIT TO EXPEDITE PROCESSING

IN THE COURT OF COMMON PLEAS OF LEHIGH COUNTY, PENNSYLVANIA

CIVIL DIVISION

Plaintiff(s) & Address(es):

Donna Heater
57 Madison Lane
Whitehall, PA  18052

vs.

Defendant(s) & Address(es):

KidsPeace
KidsPeace Drive
Orefield, PA  18069

File No. 2004-C-3059

Civil Action - ___LAW___

PRAECIPE FOR SUMMONS

TO THE PROTHONOTARY/CLERK OF SAID COURT:

Issue summons in _____CIVIL ACTION - LAW_____
in the above case.

___x___  Writ of Summons shall be issued and forwarded to Sheriff.

_Donald P. Russo_
Signature of Attorney

Donald P. Russo, Esquire
117 East Broad Street
P.O. Box 1890
Bethlehem, PA  18016-1890
(610) 954-8093
Supreme Court ID Number ____25873____

Date _11/2/04_

* * * * *

SUMMONS IN CIVIL ACTION

TO:  KidsPeace, KidsPeace Drive, Orefield, PA  18069
YOU ARE NOTIFIED THAT THE ABOVE-NAMED PLAINTIFF(S) HAS/HAVE COMMENCED AN ACTION
AGAINST YOU.

ANDREA E. NAUGLE, CLERK OF COURT
Prothonotary/Clerk, Civil Division

Date: _11-29-04_                          by _Diana L. Dorshaw_
                                                                                    Deputy

NOTE:  USE AN ATTACHED SHEET FOR LENGTHY LIST OF LITIGANTS.
        FILING PARTY IS TO COMPLETE BOTH PRAECIPE & WRIT TO EXPEDITE PROCESSING.

# LEHIGH COUNTY SHERIFF

455 WEST HAMILTON STREET-ROOM 106-ALLENTOWN, PA 18101
TELEPHONE #(610) 782-3175   FAX #(610) 820-3363

DATE __11/29/04__   CASE NUMBER _____

## "ORDER FOR SERVICE"

### ALL INFORMATION & ADVANCE FEES MUST BE SUPPLIED BEFORE SERVICE WILL BE MADE. ONE FORM FOR EACH ADDRESS

ATTORNEY'S NAME   Donald P. Russo, Esquire
ADDRESS   117 E. Broad St., P.O. Box 1890
Bethlehem, PA 18016-1890

ATTORNEY'S I.D.#   25873
TELEPHONE #   (610) 954-8093

**CASE CAPTION:**

Donna Heater, Plaintiff        KidsPeace, Defendant

57 Madison Lane          VS      KidsPeace Drive

Whitehall, PA 18052            Orefield, PA 18069

**SERVICE TO BE MADE ON**    Defendant, KidsPeace

**ADDRESS FOR SERVICE**    KidsPeace Drive

Orefield, PA 18069

### (NO POST OFFICE OR RD NUMBERS ACCEPTED)

**TYPE OF PAPER:**

| | | |
|---|---|---|
| COMPLAINT IN MORTGAGE FORECLOSURE | COMPLAINT IN CIVIL ACTION | ____ |
| REINSTATED COMPLAINT IN MORTGAGE FORECLOSURE ____ | REINSTATED COMPLAINT | ____ |
| SUMMONS IN CIVIL ACTION __x__ | WRIT OF REVIVAL | ____ |
| REISSUED SUMMONS IN CIVIL ACTION | OTHER _____ | |

### ****DEPOSIT FOR LEHIGH COUNTY $ 40.00 ****
DEPOSIT FOR _____ COUNTY $_____

**SPECIAL INSTRUCTIONS:**

DEPUTIZE _____COUNTY (WITHIN PENNSYLVANIA ONLY)

REGISTERD MAIL_____(OUTSIDE OF THE UNITED STATES ONLY)

REGULAR MAIL_____    CERTIFIED MAIL _____
(_____)

POST PROPERTY_____

OTHER_____

# WITHOUT A SELF-ADDRESSED STAMPED ENVELOPE TO YOUR OFFICE FOR MAILING OF RECEIPT AFTER SERVICE IS COMPLETED, YOUR INFORMATION WILL BE FILED IN OUR OFFICE.
## ******PLEASE SEE  www.lehighcounty.org

9609

DONALD P. RUSSO
ATTY AT LAW
117 E BROAD ST.
P.O. BOX 1890
BETHLEHEM, PA 18016

55-33/212

DATE 11-24-04

PAY
TO THE
ORDER OF _Clerk of Courts, Lehigh County___ | $ 115.00

_One hundred fifteen_____ 00/100 DOLLARS

Ⓔ Fleet
Small Business Services

FOR _Deppe Henker - summons_

Bivins B. Williams

⑈009609⑈ ⑆021200339⑆ 00877 04523⑈

---

9610

DONALD P. RUSSO
ATTY AT LAW
117 E BROAD ST.
P.O. BOX 1890
BETHLEHEM, PA 18016

55-33/212

DATE 11/24/04

PAY
TO THE
ORDER OF _Sheriff, Lehigh County___ | $ 40.00

_Forty_____ 00/100 DOLLARS

Ⓔ Fleet
Small Business Services

FOR _Anna Hauter - summons_

Bivins B. Williams

⑈009610⑈ ⑆021200339⑆ 00877 04523⑈

# Exhibit C

Law Offices
## Donald P. Russo
117 East Broad Street
P.O. Box 1890
Bethlehem, Pennsylvania 18016-1890
russolaw@verizon.net

Telephone
(610) 954-8093

Telefax
(610) 954-8097

March 18, 2005

Andrea Naugle, Prothonotary
Lehigh County Courthouse
455 West Hamilton Street
Allentown, PA 18101-1614

> Re:   Heater v. KidsPeace
> No. 2004-C-3259

Dear Ms. Naugle:

I would like to file a complaint regarding a matter that has been lingering in your office for several months. On November 29, 2004, I filed a Praecipe for Writ of Summons, and I also filed all of the necessary documentation to have the Sheriff of Lehigh County complete Sheriff's Service. I have enclosed said documents marked as Exhibits "A", "B", "C" & "D" for identification.

We subsequently learned from the Sheriff's office that service had not been made, apparently because your office failed to forward the documents to the Sheriff's office. I spoke with a clerk from your office to discuss this matter. She told me that all we needed to do was to forward the proper documentation to the Sheriff's office (i.e. Order for Service Form and the check for $40.00) and the Prothonotary would forward the Writ of Summons to the Sheriff's office. She also informed me that there would be no need to file a Praecipe to Reinstate the Writ of Summons. I have enclosed said documents marked as Exhibits "E", "F", "G" & "H". My paralegal then contacted the Sheriff's office a few days later and found out that the Praecipe for Writ of Summons had expired and we needed to file a Praecipe to Reinstate the Writ of Summons.

As a result, on February 1, 2005, my paralegal appeared at your office personally to file a Praecipe to Reinstate. I have enclosed a copy of said document, marked Exhibit "I" for identification. Unfortunately, I now learn, on Friday, March 18, 2005, (as per a conversation between my paralegal Kristin Schmidt and Cathy from the Sheriff's office), that the Writ of Summons has still not been filed.

In the final analysis, all I am seeking is to please have the Writ of Summons in this case forwarded to the Sheriff's office, and, to please request that the Sheriff's office complete necessary service of process. If the Writ of Summons has again expired, I have enclosed an original and two copies of a Praecipe to Reinstate the Writ of Summons for filing as well as a

Andrea Naugle, Prothonotary
March 18, 2005
Page 2

self-addressed stamped envelope. I would appreciate it very much if you would please confirm in writing that this request has been made. Thank you for your anticipated cooperation in this matter.

Very truly yours,

Donald P. Russo

Enclosures
cc:   The Honorable Ronald Rossi

**EXHIBIT A**

Law Offices

# Donald P. Russo

117 East Broad Street
P.O. Box 1890
Bethlehem, Pennsylvania 18016-1890

Telephone
(610) 954-8093

Telefax
(610) 954-8097

November 29, 2004

VIA HAND DELIVERY

Andrea E. Naugle, Clerk of Courts
Lehigh County Courthouse
455 Hamilton Street
Allentown, PA 18101-1614

Re:   Donna Heater v. KidsPeace

Dear Ms. Naugle:

I have enclosed the following documents for filing with your office:

(1)   Original and two copies of Praecipe for Writ of Summons;
(2)   Sheriff's Order for Service form;
(3)   Two checks: #9609, made payable to "Clerk of Courts, Lehigh County",
$115.00; and #9610, made payable to "Sheriff, Lehigh County", $40.00;
and
(4)   Self-addressed stamped envelopes for return of service.

Kindly file the Praecipe for Writ of Summons, return the time-stamped copies to
my paralegal, and, forward the remaining documentation to the Sheriff's Office for
service. If you have any questions, please feel free to give me a call.

Very truly yours,

Donald P. Russo

DPR/bbd

Enclosures

## **EXHIBIT B**

IN THE COURT OF COMMON PLEAS OF LEHIGH COUNTY, PENNSYLVANIA

CIVIL DIVISION

Plaintiff(s) & Address(es):

Donna Heater
57 Madison Lane
Whitehall, PA 18052

vs.

Defendant(s) & Address(es):

KidsPeace
KidsPeace Drive
Orefield, PA 18069

File No. _____

Civil Action - ____LAW_____

PRAECIPE FOR SUMMONS

TO THE PROTHONOTARY/CLERK OF SAID COURT:

Issue summons in _____CIVIL ACTION - LAW_____
in the above case.

____x____ Writ of Summons shall be issued and forwarded to Sheriff.

_Donald P. Russo_
Signature of Attorney

Donald P. Russo, Esquire
117 East Broad Street
P.O. Box 1890
Bethlehem, PA 18016-1890
(610) 954-8093
Supreme Court ID Number _____25873_____

Date: _11/23/04_

* * * * *

SUMMONS IN CIVIL ACTION

TO ___ KidsPeace, KidsPeace Drive, Orefield, PA 18069 ___
YOU ARE NOTIFIED THAT THE ABOVE-NAMED PLAINTIFF(S) HAS/HAVE COMMENCED AN ACTION
AGAINST YOU.

ANDREA E. NAUGLE, CLERK OF COURT
Prothonotary/Clerk, Civil Division

Date: _____        by _____
                                                                     Deputy

NOTE:  USE AN ATTACHED SHEET FOR LENGTHY LIST OF LITIGANTS.
         FILING PARTY IS TO COMPLETE BOTH PRAECIPE & WRIT TO EXPEDITE PROCESSING.



IN THE COURT OF COMMON PLEAS OF LEHIGH COUNTY, PENNSYLVANIA

CIVIL DIVISION

Plaintiff(s) & Address(es):

Donna Heater
57 Madison Lane
Whitehall, PA 18052

          vs.

Defendant(s) & Address(es):

KidsPeace
KidsPeace Drive
Orefield, PA 18069

File No. _2004-C-3259_

Civil Action - ___LAW___

## PRAECIPE FOR SUMMONS

TO THE PROTHONOTARY/CLERK OF SAID COURT:

    Issue summons in _____CIVIL ACTION - LAW_____
in the above case.

   _X_  Writ of Summons shall be issued and forwarded to Sheriff

                         _Donald P. Russo_
                            Signature of Attorney

                     Donald P. Russo, Esquire
                     117 East Broad Street
                     P.O. Box 1890
                     Bethlehem, PA 18016-1890
                     (610) 954-8093
Date: _11/23/12_          Supreme Court ID Number _____25873_____

                  • • • • •

## SUMMONS IN CIVIL ACTION

TO: ___KidsPeace, KidsPeace Drive, Orefield, PA 18069___
YOU ARE NOTIFIED THAT THE ABOVE-NAMED PLAINTIFF(S) HAS/HAVE COMMENCED AN ACTION
AGAINST YOU

                    ___ANDREA E. NAUGLE, CLERK OF COURT___
                      Prothonotary/Clerk, Civil Division

Date: ___11-29-04___       by _Diana J. Dotshang_
                                         Deputy

NOTE — USE AN ATTACHED SHEET FOR LENGTHY LIST OF LITIGANTS.
       FILING PARTY IS TO COMPLETE BOTH PRAECIPE & WRIT TO EXPEDITE PROCESSING

IN THE COURT OF COMMON PLEAS OF LEHIGH COUNTY, PENNSYLVANIA

CIVIL DIVISION

Plaintiff(s) & Address(es):

Donna Heater
57 Madison Lane
Whitehall, PA  18052

vs.

Defendant(s) & Address(es):

KidsPeace
KidsPeace Drive
Orefield, PA  18069

File No. 2004-C-3959

Civil Action - ___LAW___

### PRAECIPE FOR SUMMONS

TO THE PROTHONOTARY/CLERK OF SAID COURT:

Issue summons in _____CIVIL ACTION - LAW_____
in the above case.

___X___   Writ of Summons shall be issued and forwarded to Sheriff.

_Donald P. Russo_
Signature of Attorney

Donald P. Russo, Esquire
117 East Broad Street
P.O. Box 1890
Bethlehem, PA  18016-1890
(610) 954-8093
Supreme Court ID Number _____25873___

Date _11/29/04_

\* \* \* \* \*

### SUMMONS IN CIVIL ACTION

TO ____KidsPeace, KidsPeace Drive, Orefield, PA  18069_____
YOU ARE NOTIFIED THAT THE ABOVE-NAMED PLAINTIFF(S) HAS/HAVE COMMENCED AN ACTION
AGAINST YOU.

ANDREA E. NAUGLE, CLERK OF COURT
Prothonotary/Clerk, Civil Division

Date: _11-29-04_

by _Diane L. Dershang_
Deputy

NOTE —   USE AN ATTACHED SHEET FOR LENGTHY LIST OF LITIGANTS.
FILING PARTY IS TO COMPLETE BOTH PRAECIPE & WRIT TO EXPEDITE PROCESSING.

**EXHIBIT C**

# LEHIGH COUNTY SHERIFF
455 WEST HAMILTON STREET-ROOM 106-ALLENTOWN, PA 18101
TELEPHONE #(610) 782-3175   FAX #(610) 820-3368

DATE  11/29/04                                    CASE NUMBER _____

## "ORDER FOR SERVICE"
## ALL INFORMATION & ADVANCE FEES MUST BE SUPPLIED BEFORE SERVICE WILL BE MADE. ONE FORM FOR EACH ADDRESS

ATTORNEY'S NAME        Donald P. Russo, Esquire
     ADDRESS           117 E. Broad St., P.O. Box 1890
                       Bethlehem, PA  18016-1890

ATTORNEY'S I.D.#            25873
     TELEPHONE #       (610) 954-8093

### CASE CAPTION:
Donna Heater, Plaintiff                KidsPeace, Defendant

57 Madison Lane                 VS     KidsPeace Drive

Whitehall, PA  18052                   Orefield, PA  18069

SERVICE TO BE MADE ON     Defendant, KidsPeace

ADDRESS FOR SERVICE       KidsPeace Drive

                          Orefield, PA  18069

### (NO POST OFFICE OR RD NUMBERS ACCEPTED)

TYPE OF PAPER:
COMPLAINT IN MORTGAGE FORECLOSURE ____          COMPLAINT IN CIVIL ACTION ____
REINSTATED COMPLAINT IN MORTGAGE FORECLOSURE ____   REINSTATED COMPLAINT ____
SUMMONS IN CIVIL ACTION ____  X                 WRIT OF REVIVAL ____
REISSUED SUMMONS IN CIVIL ACTION ____           OTHER ____

## ****DEPOSIT FOR LEHIGH COUNTY $ 40.00  ****
## DEPOSIT FOR _____ COUNTY $_____

SPECIAL INSTRUCTIONS:
   DEPUTIZE _____COUNTY (WITHIN PENNSYLVANIA ONLY)

   REGISTERD MAIL_____(OUTSIDE OF THE UNITED STATES ONLY)

   REGULAR MAIL_____   CERTIFIED MAIL _____
                                (_____)

   POST PROPERTY_____

   OTHER_____

# WITHOUT A SELF-ADDRESSED STAMPED ENVELOPE TO YOUR OFFICE FOR MAILING OF RECEIPT AFTER SERVICE IS COMPLETED, YOUR INFORMATION WILL BE FILED IN OUR OFFICE.
# *****PLEASE SEE  www.lehighcounty.org

**EXHIBIT D**

9609

**DONALD P. RUSSO**
ATTY AT LAW
117 E BROAD ST.
P.O. BOX 1890
BETHLEHEM, PA 18016

55-33/212

DATE 11-22-04

PAY
TO THE
ORDER OF  Clerk of Courts Lehish County          | $ 115.00

One hundred fifteen                                        DOLLARS

Ⓕ Fleet
Small Business Services
Ⓡⓞ Fleet.com          Bethlehem, PA
44001

FOR Divorce Register - Summons          Brian B. Williard

⑆009609⑆  ⑈021200339⑇  00877  045 23⑈

---

9610

**DONALD P. RUSSO**
ATTY AT LAW
117 E BROAD ST.
P.O. BOX 1890
BETHLEHEM, PA 18016

55-33/212

DATE 11/22/04

PAY
TO THE
ORDER OF  Sheriff of Lehigh County          | $ 40.00

Forty                                        00/100          DOLLARS

Ⓕ Fleet
Small Business Services
Bethlehem, PA
44001

FOR Anna Hartman-Summons          Brian B. Williard

⑆009610⑆  ⑈021200339⑇  00877  045 23⑈

**EXHIBIT E**

Law Offices
### Donald P. Russo
117 East Broad Street
P.O. Box 1890
Bethlehem, Pennsylvania 18016-1890
russolaw@verizon.net

January 11, 2005

Telephone
(610) 954-3099

Telefax
(610) 954-8097

Attn: Tara (Civil Process)
Sheriff's Office
County of Lehigh
455 West Hamilton Street, Room #106
Allentown, PA 18101

Re:   Heater v. KidsPeace
2004-C-3259

Dear Tara:

I have enclosed an Order for Service form and check #9610 payable to Sheriff, Lehigh County in the amount of $40.00, as well as self-addressed stamped envelope relative to the above captioned matter. Accordingly, the Clerk of Courts will be forwarding a Writ for Service in connection with the above-captioned matter. If you should have any questions, or need any additional documentation, please feel free to contact my office at any time. Thank you for your anticipated cooperation.

Very truly yours,

Donald P. Russo

DPR/kes
Enclosures

**EXHIBIT F**

# SHERIFF'S OFFICE
## COUNTY OF LEHIGH
### 455 W. HAMILTON ST.; ROOM 106
### ALLENTOWN, PA 18101
### PHONE 610-782-3175 * FAX 610-820-3368
*TARA (CIVIL PROCESS) #7538*

## THE ENCLOSED IS BEING RETURNED FOR THE FOLLOWING REASONS:

IN RE:     CASE#_____

_____

_____

_____ YOU NEED TO COMPLETE THE FOLLOWING COUNTY ORDER FOR
SERVICE FORMS IN ADDITION TO LEHIGH COUNTY'S FORM.
ALLEGHENY_____          LANCASTER    _____
MONROE      _____          WESTMORELAND_____

_____ ORDER FOR SERVICE NEEDS TO BE <u>COMPLETELY</u> FILLED OUT.

_____ WE REQUIRE A STREET ADDRESS.  WE <u>DO NOT</u> ACCEPT P.O. BOX #'S.

_____ WE REQUIRE A SELF ADDRESSED STAMPED ENVELOPE TO YOUR
OFFFICE --- PER CASE.

_____ ADVANCED FEE REQUIRED:  NOTE:  WE <u>DO NOT</u> REFUND
_____PAYABLE TO THE SHERIFF OF LEHIGH COUNTY.
_____PAYABLE TO THE SHERIFF OF _____COUNTY.

XX ENCLOSED IS YOUR CHECK # _____ IN THE AMOUNT OF $ _____

_____ THIS PAPER HAS EXPIRED, PLEASE REINSTATE.

_____ THIS WRIT WILL EXPIRE ON_____.

XX OTHER _____

_____

DATE:_____     BY: _____

## PLEASE ENCLOSE THIS FORM WITH CORRECTED
## FILING & ALL PAPERWORK THAT WAS RETURNED.

# SHERIFF'S OFFICE
## COUNTY OF LEHIGH
### 455 W. HAMILTON ST.; ROOM 106
### ALLENTOWN, PA 18101
### PHONE 610-782-3175 * FAX 610-820-3368
#### *TARA (CIVIL PROCESS) #7538*

## THE ENCLOSED IS BEING RETURNED FOR THE FOLLOWING REASONS:

IN RE:    CASE#_____

_____ Deane Hocke___ vs Kid _ _____

_____ YOU NEED TO COMPLETE THE FOLLOWING COUNTY ORDER FOR
SERVICE FORMS IN ADDITION TO LEHIGH COUNTY'S FORM.
ALLEGHENY_____        LANCASTER   _____
MONROE       _____        WESTMORELAND_____

_____ ORDER FOR SERVICE NEEDS TO BE <u>COMPLETELY</u> FILLED OUT.

_____ WE REQUIRE A STREET ADDRESS.  WE <u>DO NOT</u> ACCEPT P.O. BOX #'S.

_____ WE REQUIRE A SELF ADDRESSED STAMPED ENVELOPE TO YOUR
OFFFICE --- PER CASE.

_____ ADVANCED FEE REQUIRED:  NOTE:  WE <u>DO NOT</u> REFUND
_____PAYABLE TO THE SHERIFF OF LEHIGH COUNTY.
_____PAYABLE TO THE SHERIFF OF _____COUNTY.

_XX_ ENCLOSED IS YOUR CHECK #_____IN THE AMOUNT OF $_____

_____ THIS PAPER HAS EXPIRED, PLEASE REINSTATE.

_____ THIS WRIT WILL EXPIRE ON_____.

_XX_ OTHER_____

DATE:_____ BY:_____

## PLEASE ENCLOSE THIS FORM WITH CORRECTED
## FILING & ALL PAPERWORK THAT WAS RETURNED.

**EXHIBIT G**

# LEHIGH COUNTY SHERIFF
455 WEST HAMILTON STREET-ROOM 106-ALLENTOWN, PA 18101
TELEPHONE #(610) 782-3175   FAX #(610) 820-3368

DATE  11/29 /04 _____     CASE NUMBER _____

## "ORDER FOR SERVICE"
### ALL INFORMATION & ADVANCE FEES MUST BE SUPPLIED BEFORE SERVICE WILL BE MADE. ONE FORM FOR EACH ADDRESS

ATTORNEY'S NAME     Donald P. Russo, Esquire
ADDRESS     117 E. Broad St., P.O. Box 1890
    Bethlehem, PA  18016-1890

ATTORNEY'S I.D.#     25873
TELEPHONE #     (610) 954-8093

**CASE CAPTION:**

| | | |
|---|---|---|
| Donna Heater, Plaintiff | | KidsPeace, Defendant |
| 57 Madison Lane | VS | KidsPeace Drive |
| Whitehall, PA  18052 | | Orefield, PA  18069 |

**SERVICE TO BE MADE ON**     Defendant, KidsPeace

**ADDRESS FOR SERVICE**     KidsPeace Drive

    Orefield, PA  18069

### (NO POST OFFICE OR RD NUMBERS ACCEPTED)

**TYPE OF PAPER:**

| | |
|---|---|
| COMPLAINT IN MORTGAGE FORECLOSURE | COMPLAINT IN CIVIL ACTION _____ |
| REINSTATED COMPLAINT IN MORTGAGE FORECLOSURE  X | REINSTATED COMPLAINT _____ |
| SUMMONS IN CIVIL ACTION | WRIT OF REVIVAL _____ |
| REISSUED SUMMONS IN CIVIL ACTION | OTHER _____ |

### ****DEPOSIT FOR LEHIGH COUNTY $ 40.00 ****
DEPOSIT FOR _____ COUNTY $_____

**SPECIAL INSTRUCTIONS:**

DEPUTIZE _____ COUNTY (WITHIN PENNSYLVANIA ONLY)

REGISTERD MAIL _____ (OUTSIDE OF THE UNITED STATES ONLY)

REGULAR MAIL _____    CERTIFIED MAIL _____
                    (_____)

POST PROPERTY _____

OTHER _____

# WITHOUT A SELF-ADDRESSED STAMPED ENVELOPE TO YOUR OFFICE FOR MAILING OF RECEIPT AFTER SERVICE IS COMPLETED, YOUR INFORMATION WILL BE FILED IN OUR OFFICE.
******PLEASE SEE  www.lehighcounty.org

## **EXHIBIT H**

9610

**DONALD P. RUSSO**
ATTY AT LAW
117 E. BROAD ST.
P.O. BOX 1890
BETHLEHEM, PA 18016

DATE _11/26/04_          55-33/212

PAY
TO THE
ORDER OF _Sheriff, Lehigh County_          $ 40.00

_Forty_ _____ °°/100 DOLLARS  🔒

⊘ **Fleet**
Small Business Services
fleetfst.ba.com   Bethlehem, PA

FOR _Anna Hawton-Simmons_          _Donald B. Howard_

⑈0096⑈0⑈ ⑈0212003⑈9⑈ 00877 04523⑈

**EXHIBIT I**

IN THE COURT OF COMMON PLEAS OF LEHIGH COUNTY, PENNSYLVANIA

CIVIL DIVISION

DONNA HEATER,

    Plaintiff,

                               FILE NO: 2004-C-3259

KIDSPEACE,

    Defendant.


### PRAECIPE TO REINSTATE OR REISSUE

TO THE CLERK OF COURTS - CIVIL DIVISION:

_____    Reinstate the Complaint in the above captioned matter.

  X     Reissue the Writ of \_\_\_\_Summons_____ in the above captioned matter.

_____    Other:


Date: \_\_February 1, 2005

                           *Donald P. Russo*
                                  (Signature)

                        Donald P. Russo, Esquire, ID#25873
                              (Print/Type Name)

IN THE COURT OF COMMON PLEAS OF LEHIGH COUNTY, PENNSYLVANIA

CIVIL DIVISION

DONNA HEATER,

    Plaintiff,

                                   FILE NO: 2004-C-3259

KIDSPEACE,

    Defendant.

## PRAECIPE TO REINSTATE OR REISSUE

TO THE CLERK OF COURTS - CIVIL DIVISION:

_____    Reinstate the Complaint in the above captioned matter.

__X__    Reissue the Writ of ____Summons_____ in the above captioned matter.

_____    Other:

Date: __March 18, 2005_____

_Donald P. Russo_
(Signature)

_____Donald P. Russo, Esquire, ID#25873_____
(Print/Type Name)

# Exhibit D

3/23

42 H4

SHERIFF OFFICE COURTHOUSE — 5TH & HAMILTON STREETS
455 W HAMILTON ST
ROOM 108 ALLENTOWN PA  18101-1614

DONNA HEATER                                      DOC#: 2005-CV-1055
            VS                                    CASE: 2004-C-1859
KIDSPEACE INC                                     EXPIR: 31-AUG-2005
                                                  DEPOSIT: 45.00
                                                  ENTRY: 23-MAY-2005

WRIT : REISSUED SUMMONS IN CIVIL ACTION
SERVE: KIDSPEACE INC
AT   : KIDSPEACE DRIVE OREFIELD, PA 18069

---

### RETURN OF SERVICE

1. NAME OF INDIVIDUAL SERVED: _SUSAN LEYBURN_

2. RELATIONSHIP TO DEFENDANT: _Compliance Officer_

3. DATE: _24 May_  20 _05_   TIME: _1423_   HOURS: _____

4. LOCATION OF SERVICE: _4085 INDEPENDENCE DR. SCHNECKSVILLE_

---

5. UNABLE TO LOCATE:
   (   ) NUMBER OF ATTEMPTS TO LOCATE DEFENDANT AT LAST KNOWN ADDRESS:

   1. DATE & TIME_____   2. DATE & TIME_____

   3. DATE & TIME_____   4. DATE & TIME_____

   5. DATE & TIME_____   6. DATE & TIME_____

### ACCEPTANCE OF SERVICE

I HEREBY ACCEPT SERVICE OF THE LEGAL PROCESS AS OUTLINED ON THE FRONT OF THE
DOCUMENT. THIS SERVICE IS ACCEPTED ON BEHALF OF THE LISTED DEFENDANT(S) AND
I HEREBY CERTIFY THAT I AM AUTHORIZED TO DO SO.

_Susan Leyburn_
PRINTED NAME OF AUTHORIZED AGENT            SIGNATURE OF AUTHORIZED AGENT

DATE: _3/24/05_                             TIME: _Compliance Officer_

_Larry Burger_
PRINT NAME OF DEPUTY SHERIFF

                    SO ANSWERS   _Larry Burger_ #40
                                 DEPUTY SHERIFF

---

SHERIFF OF LEHIGH COUNTY

RECEIVED
MAR 3 0 2005
BY: _BD_